UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-198(DSD/TNL)

Adam Stolba,

       Plaintiff,

v.                                                    **ORDER OF DISMISSAL**

Regional Credit Solutions, Inc.,

       Defendant.


It appearing from the files and records that this case has been dormant for some time, **IT IS HEREBY ORDERED** that the case is dismissed for lack of prosecution.

The court will retain jurisdiction for ten (10) days to permit any party to move to reopen this action upon good cause shown.

Dated:  November 28, 2012


                                 s/David S. Doty
                                 David S. Doty, Judge
                                 United States District Court